PAOLI, DEMANDANTE Y APELADO, *v.* COLORADO, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Distrito Primero, en pleito sobre cobro de dinero.

No. 2774.—Resuelto en febrero 5, 1923.

DESESTIMACIÓN DE APELACIÓN—ALEGATO—SEÑALAMIENTO DE ERRORES.—Cuando el alegato del apelante no contiene el señalamiento de errores que exigen los artículos 42 y 43 del reglamento del Tribunal Supremo, procede la desestimación del recurso y con mayor razón en el presente caso en que no se archivó una transcripción completa de los autos.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. A. Dones.*

Abogado del apelado: *Sr. L. Muñoz Morales.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

Carlos Paoli, como cesionario de José Gurgui, de Barcelona, España, demandó a Rafael Colorado en cobro de

4198 pesetas y 5 céntimos, equivalentes a 838 dólares y 56 centavos. La deuda procedía de ciertos efectos de cinematógrafo vendidos por Gurgui a Colorado. Este aceptó en su contestación que había tenido negociaciones con Gurgui pero negó que la suma pendiente de pago fuera la reclamada, ni ninguna otra. Alegó que a su vez había remitido a Gurgui efectos de cinematógrafo por un valor superior al de los que de él había recibido siendo, por tanto, acreedor en vez de deudor de Gurgui.

Fué el pleito a juicio. Ambas partes presentaron sus pruebas y la corte finalmente dictó sentencia declarando la demanda con lugar, y el demandado interpuso entonces la presente apelación.

El alegato del apelante no contiene el señalamiento de errores que exige el reglamento de este tribunal y, por tal motivo, debe desestimarse la apelación interpuesta. Repetidamente esta corte ha venido insistiendo en que los abogados preparen en debida forma sus alegatos. Con ello no sólo defenderán mejor los derechos de sus clientes, sí que también auxiliarán a la corte en la más rápida y completa administración de la justicia.

Pero existe algo más en este caso. Obsérvase que en la "transcripción de la evidencia," respecto a dos documentos importantes sólo se consigna lo que sigue: "Exhibit A. Este documento no se copia por ser difícil. Exhibit B. Este documento no se copia por igual motivo." Uno de esos documentos es una cuenta corriente. Al referirse el récord a su presentación se dice que contiene una nota transfiriendo el saldo a favor del demandante, de acuerdo con el art. 347 del Código de Comercio y que la transferencia aparecía debidamente legalizada por el cónsul americano de Barcelona. En su alegato sostiene el apelante que no consta el carácter de cesionario del demandante. Salta a la vista la necesidad del examen, del documento indicado para resolver la cuestión suscitada.

En tal virtud, no habiéndose archivado una transcripción completa de los autos, ni presentádose el alegato con la exposición de errores en que se funda el recurso, exigida por las reglas 42 y 43 del reglamento de la Corte Suprema, debe desestimarse la apelación interpuesta.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey, Hutchison y Franco Soto.